UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-CV-22957-KING

CODA ROOFING, INC.,

    Plaintiff/Counterclaim
    Defendant,

v.

GEMINI INSURANCE COMPANY,

    Defendant/Counterclaim
    Plaintiff.
_____/

## ORDER GRANTING MOTION TO COMPEL DEPOSITION OF GEMINI REPRESENTATIVE KAREN EATON

THIS CAUSE is before the Court upon Plaintiff's Motion to Compel Deposition of Gemini Representative Karen Eaton (DE #35), filed August 2, 2010.[1] After careful consideration, the Court determines that Plaintiff's Motion should be granted.

Accordingly, after careful consideration and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** that:

1. Plaintiff's Motion to Compel Deposition of Gemini Representative Karen Eaton (DE #35) be, and the same is, hereby **GRANTED**. The deposition shall be taken in compliance with this Court's Scheduling Order (DE #34), which cuts off discovery by September 8, 2010.

---

[1] This matter has been well briefed by both parties and is therefore ripe for consideration. Defendant filed a Response (DE #36) on August 19, 2010 and Plaintiff filed a Reply (DE #37) on August 30, 2010.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 2d day of September, 2010.

_____
Honorable James Lawrence King
United States District Judge

cc:
**Counsel for Plaintiff/Counter Defendant**
**Robert Nelson Pelier**
1431 Ponce de Leon Boulevard
Coral Gables, FL 33134
305-529-9199
Fax: 529-9290
Email: rpelier@pelierlaw.com

**G. Bartram Billbrough**
Billbrough & Marks
100 Almeria Avenue
Suite 320
Coral Gables, FL 33134
305-442-2701
Fax: 442-2801
Email: BBillbrough@attyfla.com

**Counsel for Defendant**
**Bradley Steven Fischer**
Lewis Brisbois Bisgaard & Smith
200 Las Olas Circle
200 SW 1st Avenue - Suite 910
Fort Lauderdale, FL 33301
954-728-1280
Fax: 945-728-1282
Email: fischer@lbbslaw.com

**George J. Manos**
Lewis Brisbois Brisgaard & Smith LLP
550 W Adams Street, Suite 300
Chicago, IL 60661

312-345-1718
Fax: 312-345-1778
Email: gmanos@lbbslaw.com

**Jeffrey A. Goldwater**
Lewis Brisbois Brisgaard & Smith LLP
550 W Adams Street
Suite 300
Chicago, IL 60661
312-345-1718
Fax: 312-345-1778
Email: jgoldwater@lbbslaw.com

**Mark A. Kirsch**
Lewis Brisbois Bisgaard & Smith, LLP
200 SW 1st Avenue, Ste. #910
Ft. Lauderdale, FL 33301
954-728-1280
Fax: 954-728-1282
Email: kirsch@lbbslaw.com

**Robert A. Chaney**
Lewis Brisbois Brisgaard & Smith LLP
550 W Adams Street
Suite 300
Chicago, IL 60661
312-345-1718
Fax: 312-345-1778
Email: rchaney@lbbslaw.com 305-377-3770